**Entered on Docket
February 10, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the court.
Signed February 10, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re

Charles Ray Andrews,

          Debtor.

No. 16-43413
Chapter 13

**MEMORADUM REGARDING MOTION TO REINSTATE CASE**

On January 3, 2017, the Court dismissed the above-captioned case (doc. 15). On January 4, 2017, Debtor filed a *Motion to Reinstate Case* ("the Motion") (doc. 17). The Motion was opposed by the Trustee (doc. 24) on January 12, 2017. The Motion was also opposed by Cratus Homes, LLC (doc. 25) on January 16, 2017. The Court notes that no hearing has been set on the Motion in response to these oppositions. If Debtor intends to prosecute the Motion, he may set the matter for a hearing with the Court.

**\*END OF ORDER\***

1

**COURT SERVICE LIST**